IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRIAN MELCHER, | § § | |
| Petitioner, | § § | |
| v. | § § § | 2:17-CV-234 |
| LORIE DAVIS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § § § § | |
| Respondent. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On December 7, 2017, the United States Magistrate Judge issued findings, conclusions and a recommendation in this cause, recommending therein that the habeas application be denied because petitioner did not lose any previously earned good time credits as a result of the disciplinary proceeding. As of this date, no objections to the Findings, Conclusions and Recommendation have been filed.

The undersigned United States Senior District Judge has made an independent examination of the record in this case. The Magistrate Judge's Findings, Conclusions and Recommendation is hereby ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this __28th__ day of __December__ 20_17_.

s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES SENIOR DISTRICT JUDGE